**Dated: February 11, 2019**

**The following is ORDERED:**



*Sarah A Hall*
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ROBERTO FUENTES    and ) | Case No. 19-10041-SAH. |
| SANDRA CRUZ FUENTES, ) | Chapter 7. |
| Debtors. ) | |

**ORDER GRANTING MOTION TO MODIFY STAY, ABANDONMENT OF PROPERTY AND WAIVER OF 14 DAY STAY PURSUANT TO LR 4001-1(B)**

On the date hereinafter set forth, this matter comes before this Court upon Motion by First United Bank and Trust Company, (hereinafter referred to as Movant) being a creditor in the above captioned proceeding, for relief from the Automatic Stay and Request for Abandonment of Property and Request for Waiver of 14 Day Stay Pursuant to LR 4001-1(B) and Brief in Support and Notice and Opportunity for Hearing as set forth in its Motion filed herein on January 24, 2019.

All findings of fact and conclusions of law are based upon representation of counsel.

The Movant represents that the Motion with a Notice of Opportunity for Hearing was filed on January 24, 2019, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007 and 11 U.S.C. Section 362(d), and the last date for filing objections was February 7, 2019, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

IT IS THEREFORE ORDERED that the stay imposed by 11 U.S.C. Section 362 is lifted and terminated so as to permit Movant to proceed in its foreclosure action in the District Court of Oklahoma County, Oklahoma, Case No. CJ-2018-3538. Further the Trustee is directed to abandon

the following described property:

> **Lot Nine (9), in Block Three (3), of MEADOW OAK ADDITION, an Addition to Midwest City, Oklahoma County, Oklahoma, as shown by the recorded plat thereof. The Real Property or its address is commonly known as 8717 Cedar Lane, Midwest City, Oklahoma 73110.**

IT IS FURTHER ORDERED THAT the stay of orders granting relief from an automatic stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does <u>not</u> apply to this Order.

**ALL FINDINGS OF FACT ARE BASED ON REPRESENTATIONS OF COUNSEL**.

The Movant Shall Notify All Interested Parties of This Order.

#####

APPROVED FOR ENTRY:


By:   /s/ Bill C. Lester
BILL C. LESTER (OBA #5389)
Attorney for Movant
212 West Main - P.O. Box l407
Purcell, OK 73080
Email: blester@lesterlawoffice.com
Telephone: (405) 527-5623