# Notice Recipients

District/Off: 1087–5              User: dcus                    Date Created: 2/11/2019
Case: 19–10041                   Form ID: pdf003               Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Roberto Fuentes        308 Falling Pine Dr        Conroe, TX 77304
jdb       Sandra Cruz Fuentes    308 Falling Pine Dr        Conroe, TX 77304
ust       United States Trustee  United States Trustee      215 Dean A. McGee Ave., 4th Floor        Oklahoma City, OK 73102
tr        Lyle R. Nelson         Two Leadership Square      211 N. Robinson, ste 1300        Oklahoma City, OK 73102
aty       B David Sisson         PO Box 534         305 E Comanche St         Norman, OK 73070–0534
aty       Bill C. Lester         PO Box 1407        Purcell, OK 73080
smg       Oklahoma Employment Security Commission         PO Box 53039        Oklahoma City, OK 73152–3039

                                                                                              TOTAL: 7