**Dated: April 11, 2019**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| ROBERT FUENTES, and | ) | Case No. 19-10041 |
| SANDRA CRUZ FUENTES, | ) | (Chapter 7) |
| | ) | |
| Joint Debtors. | ) | |

### ORDER AVOIDING JUDICIAL LIEN OF NATIONAL FUNDING, INC.

NOW there comes on for consideration before the above-signed Bankruptcy Judge, the Debtors' *Motion to Avoid Judicial Lien* [Doc. No. 29] (the "Motion,") to cancel and avoid a judicial lien in favor of **NATIONAL FUNDING, INC.**, which impairs an exemption for Debtor's principal residence.

Upon representation of Debtors' counsel, the Motion was filed and duly served [Doc. No. 31] on March 27, 2019, by ECF and first-class mail on all creditors, interested parties and the affected party; that time for response expired on the April 10, 2019; and that no objection to said Motion has been timely filed. Therefore, the Court will grant the relief requested.

IT IS THEREFORE ORDERED that the judicial lien held by **NATIONAL FUNDING, INC.**, by reason of a certain foreign money Judgment entered against the Debtor, ROBERT FUENTES, on or about July 27, 2018; and said Judgment registered and filed October 22, 2018, and recorded at the office of the Cleveland County Clerk, State of Oklahoma, on October 22, 2018, at 11:28 a.m., Book 240, Page 1128, National Funding, Inc., v Roberto Fuentes, et al., Case number BC-660749, in the Superior Court of Los Angeles County, State of California.  Said Judgment constitutes an avoidable judicial lien against Debtors' said real property, which is exempt pursuant to Okla. Stat. tit. 31, § 1(A)(1), particularly described as follows:

Lot Thirty-Three (33), in Block One (1), of EAST HILLS ADDITION, Lots 23 thru 33 Incl. of Block 1, and Lots 18 thru 20 Incl. of Block 2, and Blocks 3 thru 8 Incl., of SECTION VI, to Moore, Cleveland County, Oklahoma, according to the recorded plat thereof.

**Said judicial lien should be and is hereby canceled, and avoided, and of no effect**.

ALL FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL

###

APPROVED FOR ENTRY:

/s/ B David Sisson

B. DAVID SISSON, OBA # 13617
LAW OFFICES OF B. DAVID SISSON
305 E Comanche St. /P. O. Box 534
Norman, OK 73070-0534
Telephone No. 405.447.2521
Facsimile No. 405.447.2552
E-Mail sisson@sissonlawoffice.com

ATTORNEY FOR DEBTORS