# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: dcus | Date Created: 4/11/2019 |
| Case: 19−10041 | Form ID: pdf003 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Roberto Fuentes | 308 Falling Pine Dr | Conroe, TX 77304 | |
| jdb | Sandra Cruz Fuentes | 308 Falling Pine Dr | Conroe, TX 77304 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Lyle R. Nelson | Two Leadership Square | 211 N. Robinson, ste 1300 | Oklahoma City, OK 73102 |
| aty | B David Sisson | PO Box 534 | 305 E Comanche St | Norman, OK 73070−0534 |
| aty | Lyle R. Nelson | Two Leadership Square | 211 N. Robinson, ste 1300 | Oklahoma City, OK 73102 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152−3039 | |
| 6263955 | John P. Seidenberger | Sayer Law Group PLLC | 925 E. 4th St | Waterloo IA 50703 |
| 6263961 | National Funding | 9820 Towne Centre Drive, Ste 200 | San Diego CA 92121 | |

TOTAL: 9