Dated: April 11, 2019

The following is ORDERED:



Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| ROBERT FUENTES, and | ) | Case No. 19-10041 |
| SANDRA CRUZ FUENTES, | ) | (Chapter 7) |
| | ) | |
| Joint Debtors. | ) | |

### ORDER AVOIDING JUDICIAL LIEN OF AMERICAN BUILDERS & CONTRACTORS SUPPLY COMPANY, INC. d/b/a ABC SUPPLY COMPANY

NOW there comes on for consideration before the above-signed Bankruptcy Judge, the Debtors' *Motion to Avoid Judicial Lien* [Doc. No. 30] (the "Motion,") to cancel and avoid a judicial lien in favor of **AMERICAN BUILDERS & CONTRACTORS SUPPLY COMPANY, INC. d/b/a ABC SUPPLY COMPANY**, which impairs an exemption for Debtor's principal residence.

Upon representation of Debtors' counsel, the Motion was filed and duly served [Doc. No. 31] on March 27, 2019, by ECF and first-class mail on all creditors, interested parties and the affected party; that time for response expired on the April 10, 2019; and

that no objection to said Motion has been timely filed. Therefore, the Court will grant the relief requested.

IT IS THEREFORE ORDERED that the judicial lien held by **AMERICAN BUILDERS & CONTRACTORS SUPPLY COMPANY, INC. d/b/a ABC SUPPLY COMPANY**, (i) by reason of a certain money Judgment entered against ROBERT FUENTES on or about June 29, 2018 and filed June 29, 2018, recorded at the office of the Oklahoma County Clerk on July 18, 2018, at 8:39 a.m., Book RE13788, Page 1515, American Builders & Contractors Supply Company, Inc., d/b/a ABC Supply Company, v Robert Fuentes, et al., Case number CJ-2017-7232, in the District Court of Oklahoma County, State of Oklahoma; (ii) by reason of a certain foreclosure Judgment entered against ROBERT FUENTES and SANDRA CRUZ FUENTES, on or about January 23, 2019 and filed January 23, 2019, recorded at the office of the Cleveland County Clerk on July 16, 2018, at 10:52 a.m., Doc. # M2018-8785, Book 233, Page 363, American Builders & Contractors Supply Company, Inc., d/b/a ABC Supply Company, v Robert Fuentes, and Sandra Fuentes, Case number CJ-2018-1355, in the District Court of Cleveland, State of Oklahoma. Said Judgment(s) constitutes an avoidable judicial lien against Debtors' said real property, which is exempt pursuant to Okla. Stat. tit. 31, § 1(A)(1), particularly described as follows:

Lot Thirty-Three (33), in Block One (1), of EAST HILLS ADDITION, Lots 23 thru 33 Incl. of Block 1, and Lots 18 thru 20 Incl. of Block 2, and Blocks 3 thru 8 Incl., of SECTION VI, to Moore, Cleveland County, Oklahoma, according to the recorded plat thereof.

<u>Said judicial lien should be and is hereby canceled, and avoided, and of no effect</u>.

ALL FINDINGS OF FACT ARE BASED UPON REPRESENTATIONS OF COUNSEL

###

APPROVED FOR ENTRY:

/s/ B David Sisson

B. DAVID SISSON, OBA # 13617
LAW OFFICES OF B. DAVID SISSON
305 E Comanche St. /P. O. Box 534
Norman, OK 73070-0534
Telephone No. 405.447.2521
Facsimile No. 405.447.2552
E-Mail sisson@sissonlawoffice.com

ATTORNEY FOR DEBTORS