# Notice Recipients

District/Off: 1087−5     User: dcus     Date Created: 4/11/2019
Case: 19−10041     Form ID: pdf003     Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Roberto Fuentes | 308 Falling Pine Dr | Conroe, TX 77304 | |
| jdb | Sandra Cruz Fuentes | 308 Falling Pine Dr | Conroe, TX 77304 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Lyle R. Nelson | Two Leadership Square | 211 N. Robinson, ste 1300 | Oklahoma City, OK 73102 |
| aty | B David Sisson | PO Box 534 | 305 E Comanche St | Norman, OK 73070−0534 |
| aty | Lyle R. Nelson | Two Leadership Square | 211 N. Robinson, ste 1300 | Oklahoma City, OK 73102 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152−3039 | |
| 6263933 | ABC Supply Co Inc | PO Box 82399 | Oklahoma City OK 73148 | |
| 6263977 | Robinett, Swartz & Aycock | 624 Boston Ave, Ste 900 | Tulsa OK 74119 | |

TOTAL: 9