# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: dcus | Date Created: 5/29/2019 |
| Case: 19–10041 | Form ID: 318 | Total: 107 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6263970    OK Breast Care Ctr

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
aty    B David Sisson    sisson@sissonlawoffice.com
aty    Bill C. Lester    BLester@lesterlawoffice.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Roberto Fuentes    308 Falling Pine Dr    Conroe, TX 77304
jdb    Sandra Cruz Fuentes    308 Falling Pine Dr    Conroe, TX 77304
tr    Lyle R. Nelson    Two Leadership Square    211 N. Robinson, ste 1300    Oklahoma City, OK 73102
cr    Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
cr    First United Bank and Trust Company    1400 W. Main    Durant, OK 74702
cr    Beacon Sales Acquisition, Inc.    c/o Misti L. Beanland    Matthews, Shiels, Knott, LLP    8131 LBJ Freeway, Suite 700    Dallas, TX 75251
aty    Lyle R. Nelson    Two Leadership Square    211 N. Robinson, ste 1300    Oklahoma City, OK 73102
6263933    ABC Supply Co Inc    PO Box 82399    Oklahoma City OK 73148
6263937    ARS    PO Box 4630223    Escondido CA 92046–3203
6264191    ARS    PO Box 4630223    Escondido CA 92046–3203
6245860    AT&T    PO Box 5014    Carol Stream IL 60197–5014
6263934    Advantage Gutter    Advantage Sheet Metal    PO Box 158    Mustang OK 73064
6263935    Advantage Metal    PO Box 158    Mustang OK 73064
6245857    Ally Financial    Attn: Bankruptcy Dept    Po Box 380901    Bloomington MN 55438
6245859    AmSher Collection Srv    4524 Southlake Parkway    Ste 15    Hoover AL 35244
6245858    Amex    Correspondence/Bankruptcy    Po Box 981540    El Paso TX 79998
6263936    Amex    Correspondence/Bankruptcy    Po Box 981540    El Paso TX 79998
6245861    Auto Snap    801 W I240 Service Rd    Oklahoma City OK 73139
6245862    Barclays Bank Delaware    Attn: Correspondence    Po Box 8801    Wilmington DE 19899
6245863    Cac Financial Corp    2601 Northwest Expressway    Suite 1000E    Oklahoma City OK 73112
6263938    Cac Financial Corp    2601 Northwest Expressway    Suite 1000E    Oklahoma City OK 73112
6245864    Capital One    Attn: Bankruptcy    Po Box 30285    Salt Lake City UT 84130
6245865    Chase Card Services    Correspondence Dept    Po Box 15298    Wilmington DE 19850
6263940    Choice Recovery    1550 Old Henderson Road    Suite 100    Columbus OH 43220
6245867    Chrysler Financial/TD Auto    Attn: Bankruptcy    Po Box 9223    Farmington Hills MI 48333
6245868    Citi/Sears    Citibank/Centralized Bankruptcy    Po Box 790034    St Louis MO 63179
6263939    Citi/Sears    Citibank/Centralized Bankruptcy    Po Box 790034    St Louis MO 63179
6245869    Citibank/Best Buy    Attn: Bankruptcy    Po Box 790441    St. Louis MO 63179
6263940    Collection Service International    PO Box 60566    Oklahoma City OK 73146
6263941    Colony Insurance    Po Box 6068–01    Hermitage PA 16148–1068
6263942    Complete Business Solutions Group    141 N. 2nd Street    Philadelphia PA 19106
6263943    Compsource Mutual Insurance Company    1901 N Walnut Ave    Oklahoma City OK 73105
6263944    Construction Collection Specialists, Inc    PO Box 44500    Phoenix AZ 85064
6263945    Country Creek Apartments    10300 S Western    Oklahoma City OK 73139
6245870    Credit Service, Inc.    Attn: Bankruptcy    Po Box 60566    Oklahoma City OK 73146
6264192    DWG Accounting    1912 N Drexel Blvd    Oklahoma City OK 73107
6263947    DWG Accounting    1912 N. Drexel Blvd    Oklahoma City OK 73107
6263946    Davis, Pickren, Seydel & Sneed    2300 Marquis Two Tower    285 Peachtree Center Avenue N. E    Atlanta GA 30303
6245871    Dept of Ed / 582 / Nelnet    Attn: Claims    Po Box 82505    Lincoln NE 68501
6263948    Erik B Jenson PC    1528 Walnut St, Ste 1401    Philadelphia PA 19102
6245872    Financial Control Services    Attn: Bankruptcy    Po Box 21626    Waco TX 76702
6245873    First United Bank    Attn: Bankruptcy    Po Box 130    Durant OK 74702
6263949    First United Bk & Trus    1400 W Main St    Durant OK 74701
6263950    Firstsource Advantage, LLC    205 Bryand Woods South    Buffalo NY 14228
6263951    Fuelman    PO Box 105080    Atlanta GA 30348
6263952    Guardian Security Systems    2448 E. 81st Ste 4200    Tulsa OK 74137
6263953    Hunter Warfield    4620 Woodland Corporate Blvd    Tampa FL 33614
6245874    INTERNAL REVENUE SERVICE    CENTRALIZED INSOLVENCY OPERATIONS    P O BOX 21126    Philadelphia PA 19114–0326
6263954    John P Seidenberger    The Sayer Law Group    4833 S Sheridan    Ste 418    Tulsa OK 74146
6263955    John P. Seidenberger    Sayer Law Group PLLC    925 E. 4th St    Waterloo IA 50703
6245875    Kohls/Capital One    Kohls Credit    Po Box 3120    Milwaukee WI 53201
6263956    Kroger Specialty Infusion TX    1748 Greenville Avve    Richardson TX 75081
6263957    Leonard Lipp    Crawford & Company    11212 N May Ave    Oklahoma City OK 73120
6263958    McCarthy Burgess & Wolf    The MB&W Building    26000 Cannon Rd    Cleveland OH 44146

| | | |
|---|---|---|
| 6245876 | Midwest Recovery Systems | Po Box 899     Florissant MO 63032 |
| 6263959 | Miller & Johnson | 1221 N Francies Ave Suite B     Oklahoma City OK 73106 |
| 6263960 | Morgan & Assoc | 2601 NW Expressway Ste 205E     Oklahoma City OK 73112 |
| 6263968 | NRHS Radiology Associates | PO Box 269065     Oklahoma City OK 73126 |
| 6264193 | NRHS Radiology Associates | PO Box 269065     Oklahoma City OK 73126 |
| 6263961 | National Funding | 9820 Towne Centre Drive, Ste 200     San Diego CA 92121 |
| 6263962 | Navigators Insurance Company | PO Box 30864     New York NY 10087 |
| 6263963 | Neal Salisian Esq. | 550 South Hope St, Ste 750     Los Angeles CA 90071 |
| 6245877 | Nissan Motor Acceptance Corp/Infinity Lt     Attn: Bankruptcy     Po Box 660360     Dallas TX 75266 | |
| 6263964 | Nissan Motor Acceptance Corp/Infinity Lt     Attn: Bankruptcy     Po Box 660360     Dallas TX 75266 | |
| 6245878 | Nordstrom FSB     Attn: Bankruptcy     Po Box 6555     Englewood CO 80155 | |
| 6263965 | Norman Regional Health System     PO Box 1660     Greeley CO 80632-1660 | |
| 6263966 | Norman Regional Health System     PO Box 268961     Oklahoma City OK 73126-8961 | |
| 6263967 | Norman Regional Hospital     PO Box 1308     Norman OK 73070 | |
| 6263969 | OHH Physicians     4050 West Memorial Road     Oklahoma City OK 73120 | |
| 6245879 | OKLAHOMA TAX COMMISSION     PO BOX 269060     Oklahoma City OK 73126-9060 | |
| 6263972 | PAR Funding     20900 NE 30th Avenue STE 307     Miami FL 33180 | |
| 6246026 | PRA Receivables Management, LLC     PO Box 41021     Norfolk, VA 23541 | |
| 6263971 | Pacific Coast Supply     4290 Roseville Rd     North Highlands CA 95660 | |
| 6245880 | Progressive Management Systems     Attn: Bankruptcy Department     1521 W Cameron Ave., First Floor     West Covina CA 91790 | |
| 6263973 | R&S Supply     3200 W. Reno Ave     Oklahoma City OK 73107 | |
| 6245883 | RS Clark & Associates     12990 Pandora Drive     Suite 150     Dallas TX 75238 | |
| 6263979 | RS Clark & Associates     12990 Pandora Drive     Suite 150     Dallas TX 75238 | |
| 6245881 | Receivables Management Group     Attn: Bankruptcy     2901 University Ave. Suite #29     Columbus GA 31917 | |
| 6245882 | Receivables Performance Mgmt     Attn: Bankruptcy     Po Box 1548     Lynnwood WA 98036 | |
| 6263974 | Regional Adjustment Bureau     PO Box 59388     Dallas TX 75229-1388 | |
| 6263975 | Reynolds Riding Vogt & Morgan     2200 First National Center     120 N Robinson     Oklahoma City OK 73102 | |
| 6263976 | Richardson Homes     2618 E Highway 37     Tuttle OK 73089 | |
| 6263977 | Robinett, Swartz & Aycock     624 Boston Ave, Ste 900     Tulsa OK 74119 | |
| 6263978 | Roofing Supply Group     5120 NW 5th St     Oklahoma City OK 73127 | |
| 6263980 | Shell Oil Co     PO Box 689081     Des Moines IA 50368-9081 | |
| 6263981 | Sherwin Williams Co     12124 S 71 Highway     Grandview MO 64030 | |
| 6263982 | Southern Shingles     5900 S. Lake Forest Dr, Ste 400     McKinney TX 75070 | |
| 6263983 | SunState Equipment LLC     5552 East Washington     Phoenix AZ 85034 | |
| 6245884 | Suntrust Bank     Attn: Bankruptcy     Po Box 85092 Mc Va–Wmrk–7952     Richmond VA 23286 | |
| 6245885 | Synchrony Bank/ JC Penneys     Attn: Bankruptcy Dept     Po Box 965060     Orlando FL 32896 | |
| 6245886 | Synchrony Bank/Walmart     Attn: Bankruptcy Dept     Po Box 965060     Orlando FL 32896 | |
| 6263984 | The Metal Store, LLC     225 W. Waterloo Rd     Edmond OK 73025 | |
| 6263985 | Thomas Alan Shields     8131 LBJ Freeway Suite 170     Dallas TX 75251 | |
| 6245887 | Tinker Fcu     Attn: Bankruptcy     Po Box 45750     Tinker AFB OK 73145 | |
| 6263986 | Transworld Systems Inc.     500 Virginia Suite 514     Fort Washington PA 19034 | |
| 6263987 | Travis Roofing Supply     PO Box 17515     Austin TX 78760 | |
| 6245888 | U S ATTORNEY     IRS BANKRUPTCY     210 W PARK SUITE 400     OKLAHOMA CITY OK 73102 | |
| 6245889 | US AG CIVIL TRIAL SECTION     CENTRAL REGION     P O BOX 7238     BEN FRANKLIN STATION     WASHINGTON DC 20044 | |
| 6263988 | Uni First Uniforms     68 Jonspin Rd     Wilmington MA 01887 | |
| 6245890 | Wells Fargo Bank     Attn: Bankruptcy Dept     Po Box 6429     Greenville SC 29606 | |
| 6263989 | West End     PO Box 840567     Dallas TX 75284 | |
| 6245891 | Wf/preferr     Attn: Bankruptcy Department     Po Box 14517     Des Moines IA 50306 | |
| 6245892 | World's Foremost Bank     Attn: Bankruptcy     4800 Nw 1st St     Lincoln NE 68521 | |

TOTAL: 103